IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CR-116-D
No. 5:16-CV-306-D

| | |
|---|---|
| GEORGE SPRINGER, )<br>)<br>Petitioner, )<br>) <br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | ORDER |

For good cause having been shown upon the unopposed motion of Respondent, it is hereby ORDERED that the stay entered on October 19, 2016, is hereby LIFTED. Respondent shall have until July 31, 2017, to file a response or other appropriate motion in response to Petitioner's motion under 28 U.S.C. § 2255. [D.E. 48]. It is further ORDERED that Petitioner shall have 30 days from the filing of Respondent's response or motion to file a response or reply.

This __15__ day of __August__, 2017.

_____
JAMES C. DEVER III
Chief United States District Judge